IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **RICHARD BRIDGE and ELLEN BRIDGE,**<br>  Plaintiffs,<br><br>       v.<br><br>**BAYER CORPORATION, et al.,**<br>  Defendants. | **CIVIL ACTION NO. 02-4240** |

# O R D E R

**AND NOW,** this 1st day of July, 2002, the court having been previously advised that the above action cannot proceed to trial and disposition because of the following reason:

- [ ] - Order staying these proceedings pending disposition of a related action.

- [ ] - Order staying these proceedings pending determination of arbitration proceedings.

- [ ] - Interlocutory appeal filed _____

- [X] - Other: Cases are placed into suspense pending receipt of the Case Transfer Order from the Judicial Panel on Multi District Litigation transferring cases to District of Minnesota.

it is

**ORDERED** that the Clerk of Court shall mark this action closed for statistical purposes and place the matter in the Civil Suspense File, and it is

**FURTHER ORDERED** that the Court shall retain jurisdiction; and that the case be restored to the trial docket when the action is in a status so that it may proceed to final

disposition; this order shall not prejudice the rights of the parties to this litigation.

**BY THE COURT:**

_____
**MARVIN KATZ, S.J.**