IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD BRIDGE and ELLEN BRIDGE | : : : : : : : : : : : : : : | CIVIL ACTION NO. 02-CV-4240 |
| Plaintiffs, | | |
| v. | | |
| BAYER CORPORATION; BAYER AG; GLAXOSMITHKLINE, PLC; GLAXOSMITHKLINE; SMITHKLINE BEECHAM | | ENTRY OF APPEARANCE |
| Defendants. | | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

      Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____       _____
Hope S. Freiwald       Aline Fairweather

_____       _____
Erin Brennan       Kirstin J. Miller

DECHERT PRICE & RHOADS
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA  19103-2793
(215) 994-4000